```
                                                    ┌──────────────────────────────────┐
                                                    │ USDC SDNY                        │
UNITED STATES DISTRICT COURT                        │ DOCUMENT                         │
SOUTHERN DISTRICT OF NEW YORK                       │ ELECTRONICALLY FILED             │
------------------------------------------------- X │ DOC #:_____  │
   UNITED STATES OF AMERICA,         :              │ DATE FILED:___8/4/2020_____    │
                                     :              └──────────────────────────────────┘
            -against-                :                 08-CR-1026 (VEC)
                                     :
   JEFFREY CORREA,                   :                     ORDER
                                     :
                        Defendant.   :
------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 3, 2020, the Court re-appointed the Federal Defenders to represent Mr. Correa on a motion for compassionate release; and

WHEREAS Mr. Correa's former Federal Defender is now on the CJA panel;

IT IS HEREBY ORDERED that pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, Sabrina Shroff is appointed as CJA counsel for purposes of Mr. Correa's motion for compassionate release effective August 4, 2020.  The Court's deadlines from its Order dated August 3, 2020, remain the same.

This Order has been mailed by chambers to Defendant.

**SO ORDERED.**

Date:  **August 4, 2020**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**