```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA          :
                                  :
                                  :
                                           **ORDER**
    - v -                         :
                                  :    **8 Cr. 1026 (VEC)**
JEFFREY CORREA,                   :
                                  :
            Defendant.            :
----------------------------------X

VALERIE E. CAPRONI, United States District Judge.

Upon the application of Sabrina Shroff, counsel for Jeffrey Correa, Reg. No. 61425-054, the defendant in the above captioned case;

Not later than **October 12, 2020**, FCI Danbury is hereby ORDERED to take photographs of the rash on Mr. Jeffery Correa's body (front and back) and provide the photographs to defense counsel via email at sabrinashroff@gmail.com.

Dated:  New York, New York        **SO ORDERED.**
        October 6, 2020
                                  _____
                                  HONORABLE VALERIE E. CAPRONI
                                  UNITED STATES DISTRICT JUDGE